UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOHEL AKTER,<br><br>       Plaintiff,<br><br>   -against-<br><br>SECRETARY ALEJANDRO N. MAYORKAS, U.S. Department of Homeland Security, et al.,<br><br>       Defendants. | 24-CV-5988 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) request that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated: August 13, 2024
    New York, New York

                 SO ORDERED.

                 *Jessica Clarke*
                 JESSICA G. L. CLARKE
                 United States District Judge